IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATH HUMPHREY, # 291233, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:13cv770-TMH |
| | ) (WO) |
| JAMES W. JOHNSON, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On October 23, 2013, this court entered an order directing the petitioner either to submit the $5.00 filing fee on or before November 13, 2013, or to file by that same date an appropriate affidavit in support of a motion for leave to proceed *in forma pauperis* in this cause of action. (Doc. No. 3 at 1.) The petitioner was specifically cautioned that his failure to comply with the court's October 23, 2013, order would result in a recommendation that this case be dismissed. (*Id*. at 2.)

The allowed time has passed, and the petitioner has failed to submit either the filing fee or an affidavit in support of a motion for leave to proceed *in forma pauperis* in compliance with this court's order. Consequently, this court concludes that dismissal of this case is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for the petitioner's failure to comply with the orders of this court. It is further

ORDERED that on or before December 17, 2013, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable. Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 3rd day of December, 2013.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE